NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE RAMBUS INC.

---

2011-1247
(Reexamination No. 90/010,420)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## ON MOTION

---

## O R D E R

Rambus Inc. moves without opposition for a 60-day extension of time, until October 21, 2011, to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**AUG 1 8 2011**

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: Kathleen A. Daley, Esq.
Raymond T. Chen, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**AUG 1 8 2011**

**JAN HORBALY**
**CLERK**